UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BINTA JARJU** | **CIVIL ACTION** |
| **VERSUS** | **No. 18-5835** |
| **UNUM LIFE INSURANCE COMPANY OF AMERICA** | **SECTION I** |

## ORDER

Considering the joint motion[1] to dismiss filed by plaintiff Binta Jarju and defendant Unum Life Insurance Company of America,

**IT IS ORDERED** that Binta Jarju's claims against Unum Life Insurance Company of America in the above-captioned matter are **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, April 9, 2019.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 22.